AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| David Bibler | ) | 21-mj-2068 (AMD) |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   December 17, 2020 - March 18, 2021   in the county of   Camden   in the

_____ District of   New Jersey   , the defendant(s) violated:

| Code Section | Description of Offenses |
|---|---|
| 18 U.S.C. Section 371 (contrary to 18 U.S.C. Section 922(a)(1)(A)); 18 U.S.C. Section 922(o) | Conspiring to engage in the business of manufacturing and dealing in firearms; Possession of a machinegun. |

This criminal complaint is based on these facts:

Affidavit (See Attachment B)

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joseph Castle, T.F.O.
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____telephone_____ *(specify reliable electronic means)*.

Date:   05/04/2021

_____
*Judge's signature*

City and state:     District of New Jersey          Hon. Ann Marie Donio, U.S. Magistrate Judge
_____
*Printed name and title*

# CONTENTS APPROVED

# UNITED STATES ATTORNEY

By: _____

ALISA SHVER
Assistant U.S. Attorney

Date:    May 4, 2021

## ATTACHMENT A

### Count One
### (Conspiracy to Engage Unlicensed Firearms Dealing)

Between on or about December 17, 2020 and March 18, 2021, in Camden County, in the District of New Jersey and elsewhere, the defendants

### DAVID BIBLER and FRANCIS HILLSEE

did knowingly and intentionally conspire and agree with each other and with others to engage in the business of manufacturing and dealing in firearms, while not being federally-licensed dealers, importers, or manufacturers of firearms, contrary to Title 18 United States Code Section 922(a)(1)(A).

### OVERT ACTS

In furtherance of this conspiracy and to effect its object, the following overt act was committed in the District of New Jersey and elsewhere:

1. On or about January 5, 2021, defendants, DAVID BIBLER and FRANCIS HILLSEE arrived at a parking lot in Runnemede, New Jersey to sell two firearms.

In violation of Title 18, United States Code, Section 371.

1

**Count Two**
**(Possession of a Machinegun)**

On or about January 5, 2021, in Camden County, in the District of New Jersey and elsewhere, defendant

**DAVID BIBLER**

did knowingly and unlawfully transfer and possess one privately made automatic pistol and one privately made automatic rifle, each of which qualify as a machinegun as defined in Title 26, United States Code, Section 5845(b).

In violation of Title 18, United States Code, Section 922(o).

2

**ATTACHMENT B**

**INTRODUCTION**

I, Joseph Castle, Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), United States Department of Justice, being duly sworn, state as follows:

1. I am a Detective with the New Jersey State Police ("NJSP") currently serving as a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"). I have been a member of the NJSP since 2007. Since January 2016, I have been assigned to the Violent and Organized Crime South Bureau, the Intelligence and Criminal Enterprise Section. I am currently assigned to the Atlantic City Metro Task Force since July 2020. I have been an ATF Task Force Officer since August 2020. Between December 2019 and July 2020, I served as a Task Force Officer with the Federal Bureau of Investigations ("FBI"). In August 2007, I graduated from the NJSP Academy, where I received basic instruction in criminal investigations. I have attended numerous courses, seminars, training sessions, and lectures regarding criminal investigative techniques and procedures. During my employment with the NJSP, I have participated in numerous criminal investigations, including for weapons offenses, authored numerous affidavits for state communication data warrants and other search warrants, and participated in various other investigative techniques.

2. I submit this affidavit seeking the issuance of an arrest warrant for and criminal complaint charging David Bibler (hereinafter "BIBLER") with conspiring to manufacture and distribute firearms contrary to Title 18, United States Code, Section 922(a)(1)(A) in violation of Title 18, United States Code, Section 371, and possession of a machinegun in violation of Title 18, United States Code, Section 922(o).

3. On or about December 17, 2020, law enforcement agents conducted a controlled purchase of four (4) privately made firearms from Francis Hillsee ("HILLSEE"). Law enforcement

agents used a Confidential Source (the "CS") to introduce an ATF Undercover Agent (the "UC") to HILLSEE.  The CS contacted HILLSEE over HILLSEE's cellular phone and arranged a meeting in Runnemede, New Jersey.  The UC met HILLSEE, who arrived in a red Ford Escape (the "Ford") at the pre-arranged location and provided him with $4,800, in exchange for which HILLSEE handed the UC four (4) privately made firearms.  During the meeting, HILLSEE said that he received the majority of the firearms and parts through the mail.  While talking about building and putting the guns together, the UC asked HILSEE, "You do these though?" to which HILLSEE responded, "my homie does."  Based on my training and experience, and in the context of this case, I believe that when HILLSEE referred to his "homie," he meant BIBLER.

4.      On or about January 5, 2021, the UC met with HILLSEE in Runnemede, New Jersey in order to purchase two (2) automatic firearms and a silencer.  During this meeting, HILLSEE arrived in a grey Jeep Compass, bearing New Jersey registration 2504PIR, which law enforcement agents later learned was registered to BIBLER (the "Jeep").  At the meeting, HILLSEE told the UC he had only one privately made automatic pistol with him.  HILLSEE informed the UC that, "the dude that's coming" was the person "who builds the shit" and would bring the fully automatic rifle.  HILLSEE described the manufacturer of the firearms as an older male and veteran of the United States military.  The UC saw HILLSEE calling someone from his cell phone to find out when that person was arriving to the meet.  Shortly after, an individual matching BIBLER's description who I believe was BIBLER, arrived in a black BMW[1] and provided a privately made, black .223 caliber M-16 type automatic rifle to HILLSEE.  HILLSEE immediately sold it and a privately made, green 9mm caliber automatic pistol to the UC in exchange for $5,000.  HILLSEE advised that the silencer was not completed, and the UC agreed to meet

---

[1]The BMW bore New Jersey registration S76NHB.  Law enforcement agents later learned that the vehicle was also registered to Negron.

at a future date.

5.    Law enforcement agents reviewed HILLSEE's toll records from the January 5, 2021 meeting and determined that HILLSEE was in communication with 856-816-0082, a cellular telephone subscribed to by BIBLER at his New Jersey residence approximately twenty-five (25) times.  Based on this toll analysis and the above observations, I believe that HILLSEE was communicating with BIBLER's cellular telephone to facilitate the firearms delivery.

6.    On January 28, 2021, the UC and HILLSEE met in Cherry Hill, New Jersey.  HILLSEE arrived in a silver Toyota Camry (the "Toyota") and gave the UC six (6) boxes of .223 caliber ammunition.  HILLSEE told the UC that his friend who makes the weapons would be arriving to the meet location.  Law enforcement agents conducting physical surveillance then saw the Jeep arrive at the location.  When the Jeep arrived, HILLSEE exited the UC's vehicle and entered the Jeep.  A few moments later, HILLSEE re-entered the UC vehicle and gave the UC the silencer that he (HILLSEE) retrieved from the individual in the Jeep.  The UC and HILLSEE exited the UC's vehicle and, through the window, engaged in conversation with the male in the Jeep who introduced himself as "David."  The UC identified the individual in the Jeep as BIBLER.  BIBLER discussed manufacturing firearms with the UC and acknowledged building the automatic rifle purchased by the UC on January 5, 2021.  He also stated that he was in possession of an AR style automatic pistol and a rifle converted to fire 9mm ammunition.  BIBLER and HILLSEE agreed that the AR style automatic pistol could be purchased for $3,000.  BIBLER also told the UC that he had ammunition and explosives delivered to his residence.

7.    In February 2021, the UC and HILLSEE were in contact over cellular telephones and arranged to make another firearms purchase on February 26, 2021.  On or about February 26, 2021, HILLSEE told the UC he had to retrieve the firearms from another location.  Law enforcement agents reviewed toll records and determined that HILLSEE was in contact with BIBLER's cellular telephone

3

on the day of the meeting.  After the call between the UC and HILLSEE, law enforcement agents observed HILLSEE as he left the Days Inn, located at 101 East Ninth Avenue in Runnemede, New Jersey, in the Toyota and drove directly to BIBLER's residence.  Approximately thirty minutes later, HILLSEE left BIBLER's residence in the Toyota and drove directly to the meet location in Runnemede, New Jersey where the UC was waiting.  At that location, the UC purchased five (5) privately made firearms and one (1) privately made automatic pistol from HILLSEE in exchange for $8,000.  The UC asked to purchase a sample of methamphetamine from HILLSEE.  HILLSEE said that he had to retrieve the narcotics from his room in the Days Inn.  HILLSEE entered the Days Inn and minutes later provided the UC a sample of methamphetamine.  The methamphetamine was field tested and tested positive for the presence of methamphetamine.

8.      On or about March 18, 2021, the UC arranged to meet with HILLSEE in Cherry Hill, New Jersey.  HILLSEE arrived at the meet location in the Toyota.  There, HILLSEE sold to the UC approximately fifty (50) grams of a substance that subsequently tested positive for the presence of methamphetamine.  During the meeting, the UC asked about purchasing more firearms from HILLSEE.  HILLSEE confirmed that the firearms could be provided, but not until his "homie" was able to build them.  HILLSEE told the UC that he had recently taken BIBLER to the hospital, so they would need more time to fulfill the order.

(Continue on next page)

4

9.      A query of the ATF National Licensing Center returned on April 30, 2021 shows that

DAVID BIBLER and FRANCIS HILLSEE have never applied for, nor received, a federal firearms

license from the Bureau of Alcohol, Tobacco, Firearms and Explosives.


Pursuant to F.R.Crim.P. 4.1, Detective Castle was sworn and attested to the contents of this affidavit in support of the complaint.


_____          Date:   May 4, 2021
HON. ANN MARIE DONIO
United States Magistrate Judge